UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 96CR0423-BTM |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. | ) ) | |
| FRANCISCO MARTINEZ-LOPEZ, | ) ) | |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

Dated: April 22, 2016

Barry Ted Moskowitz, Chief Judge
United States District Court